UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL BENNETT-WOFFORD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 16-cv-00891-JD<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related matter to the Alternative Dispute Resolution (ADR) Unit for a telephone conference for mediation or settlement. Lead counsel for each side must participate in the conference. The Court requests that the ADR Unit schedule it as soon as possible and ideally no later than April 5, 2016 if possible.

Plaintiffs' and defendant's counsel should be prepared to discuss:

1. Identification and description of claims and alleged defects in loan documents.
2. Prospects for loan modification.
3. Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference unless otherwise directed.

In preparation for the telephone conference, plaintiffs should:

1. Review relevant loan documents and investigate the claims to determine whether they have merit.
2. If seeking a loan modification to resolve all or some of the claims, prepare a current, accurate financial statement and gather all of the information and

documents customarily needed to support a loan modification request. Plaintiffs should immediately notify defendant's counsel of any request for a loan modification.

3. Provide counsel for defendant with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the telephone conference, counsel for defendant should:

1. Evaluate a loan modification with the client if plaintiffs request that.
2. Arrange for a representative of each defendant with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time that the telephone conference will be held. After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
JAMES DONATO
United States District Judge