UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL BENNETT-WOFFORD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 16-cv-00891-JD<br><br>**ORDER CONFIRMING APPOINTMENT OF SPECIAL MASTER FOR AN ACCOUNTING**<br><br>Re: Dkt. Nos. 32, 33 |

On May 2, 2016, the Court appointed the Hon. Patrick J. Mahoney (Ret.) of JAMS in San Francisco as Special Master in this case subject to a declaration by him affirming the absence of any conflicts or disqualifications. Dkt. No. 32. That declaration was filed on May 3, 2016. Dkt. No. 33. The parties have not filed any objections to the declaration or Judge Mahoney's appointment. Accordingly, the Court confirms the appointment, pursuant to Rule 53 and the terms set in the Court's May 2, 2016 Order.

**IT IS SO ORDERED.**

Dated: May 9, 2016

JAMES DONATO
United States District Judge