MICHAEL M. CHING (209426)
CHING & YAMAMOTO LLP
160 Franklin Street, Suite 204
Oakland, CA 94607
Tel.: (510) 922-9471, Fax: (510) 922-9473
mching@cylawllp.com
Attorneys for Plaintiffs
Gail Bennett-Wofford, Dana Wofford and Mark Bennett

Edward G. Schloss (CA Bar 102858)
Edward G. Schloss Law Corp.
3637 Motor Ave, Suite 220
Los Angeles, CA 90034
Tel: 310-733-4488: Fax: 310-836-4888
Email: <egs2@ix.netcom.com>
C563/nc
Attorneys for Defendant
Bayview Loan Servicing, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GAIL BENNETT-WOFFORD, an individual, DANA WOFFORD, an individual, AND MARK BENNETT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendant. | Civil No. 3:16-cv-00891-JD<br><br>[PROPOSED] ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Judge:   Honorable James Donato |

1

[PROPOSED] ORDER APPROVING THE STIPULATON TO DISMISS WITH PREJUDICE -- CASE NO. 3:16-CV-00891-JD

1  [PROPOSED] ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter came before the Court in the stipulation of Plaintiffs GAIL WOFFORD-BENNETT, DANA WOFFORD and MARK BENNETT (collectively, "plaintiffs") and Defendant BAYVIEW LOAN SERVICING, LLC ("defendant" and together with plaintiffs, collectively, "the parties"), on stipulation to dismiss this action with prejudice, and for each party to bear their own attorney's fees, expenses and costs.

Having reviewed the stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The above-captioned Action is dismissed with prejudice.
2. Each party shall bear their own attorney's fees, expenses, and costs.

SO ORDERED.

Dated: August 1, 2016

